CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                          Case 1:02cr120

vs

JULIE ANNE ITALIANO

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:     Draper & Oestricher
Date:               10/25/05, 1:30

Attorney for USA:         Tim Oakley
Attorney for Defendant:   Federal Public Defender  C. Ransom Hudson

__✓__ Initial appearance held. Defendant informed of rights and charges.

_____ Case continued for Probable Cause Hearing _____ Detention Hearing _____
      on _____
_____ Probable cause hearing held/waived. Defendant to appear before District Judge
      _____ for Probation Violation/supervised release hearing.
__✓__ Probable cause found / not found   *Continued to: Oct 31, 2005  1:30*

_____ Defendant DETAINED pending hearing.
__✓__ Defendant RELEASED on __OR with conditions of release__ bond

__✓__ Order APPOINTING counsel __FPD__

Remarks:
_____
_____
_____