PROB 12C
R 2/03

# United States District Court

## for

## Southern District of Ohio

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Julie Anne Italiano**  Case Number: **1:02CR00120**

Name of Sentencing Judicial Officer:  **The Honorable Susan J. Dlott, United States District Judge**

Date of Original Sentence: **February 4, 2002**

Original Offense: **Conspiracy to Possess with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 846**

Original Sentence: **12 months and one day imprisonment, 36 months of supervised release, and a $100 special assessment**

Type of Supervision: **Supervised Release**  Date Supervision Commenced: **January 30, 2003**

Assistant U.S. Attorney: **To be assigned**  Defense Attorney: **To be assigned**

## PETITIONING THE COURT

[ ] To issue a warrant
[ ] To issue an Order to Appear and Show Cause
[ ] To grant an exception to revocation without a hearing.

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Condition #7: You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. On September 15, 2005 and September 28, 2005, Italiano submitted urine samples that tested positive for cocaine. |

PROB 12C
REV 2/03

2

U.S. Probation Officer Recommendation: On September 28, 2005, the United States Probation Office submitted a Probation Form 12C to the Court outlining three violations. Based on the 12C, the Court issued an Order to Appear and Show Cause and tolled Italiano's supervised release time. Italiano is scheduled to appear before the Honorable Timothy S. Black on October 25, 2005.

It is respectfully recommended that the aforementioned violation be added to the 12C submitted to the Court on September 28, 2005. Additionally, since the Court already issued an Order to Appear and Show Cause, a second Order to Appear is not required.

The term of supervision should be
- [X] Revoked.
- [ ] Extended for years, for a total term of years.
- [ ] Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
- [ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted By,

*Mark R. Grawe*
Mark R. Grawe
U.S. Probation Officer
Date: October 18, 2005

Approved By,

*John C. Cole*
John C. Cole
Supervising U.S. Probation Officer
Date: October 18, 2005

---

THE COURT ORDERS:

- [ ] No Action
- [ ] The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
- [ ] The Issuance of an Order to Appear and Show Cause
- [ ] The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
- [X] Other  The three violations outlined in Probation Form 12C (9/28/05) & the violation alleged in this petition should both be heard by Judge Black on Oct 25, 2005.

*Susan J. Dlott*
Signature of Judicial Officer

10/19/05
Date