**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**UNITED STATES OF AMERICA**

-vs-                                                    **Case No.  CR-1-02-120 (1)**

**JULIE ANNE ITALIANO**

_____

### WAIVER OF PRELIMINARY EXAMINATION
### OR HEARING
### (RULE 5 OR 32.1, FED. R CRIM. P.)

I, **JULIE ANNE ITALIANO**, charged in a Petition pending in this district with

violation of supervision and having appeared before this Court and been advised of my rights

as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary

examination or hearing, do hereby waive (give up) my right to a preliminary examination or

hearing.

_____
Defendant

10-31-05                              _____
Date                                         Counsel for Defendant

2005 OCT 31  FM 2:53

AO 468 (1/86) Waiver of Preliminary Examination or Hearing