AO 470 (8/85) Order of Temporary Detention

# United States District Court

———— DISTRICT OF ————

UNITED STATES OF AMERICA

V.

_Julie Italiano_
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 1:02cr120

Upon motion of the _gov't_, it is ORDERED that a detention hearing is set for _12/5/05_ * at _1:30_
                                                Date                                                Time

before _US Magistrate Judge Timothy Black_
                Name of Judicial Officer

_____
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
Other Custodial Official

_12/1/05_                                                _Timothy S. Black_
Date                                                         Judicial Officer

2005 DEC -1 PM 1:23

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.