# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,
      Plaintiff,

                            Case No. 1:02cr120

        v.

<u>JULIE ANNE ITALIANO</u>
      Defendant.

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Black**

Courtroom Deputy: **Jan Lahley**
Court Reporter:  Betty Schwab
Date/Time:  12/5/05, 1:30
United States Attorney:      Jeb Terrien
Defendant Attorney      Federal Public Defender   C. Ransom Hudia

*Initial Appearance Hearing on [] Complaint; [] Indictment; [] Information; or [] petition for supervised release*

[ ] Counsel present

[ ] Defendant informed of his / her rights

[ ] Defendant provided copy of charging document

[ ] Government moves for defendant to be detained pending detention hearing _____

[ ] Financial affidavit presented to the Court/Defendant

[ ] Counsel appointed


*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order

Plaintiff Witness _____ Defendant Witness_____

[ ] OR  [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____

Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify

[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to _____


Preliminary Exam Hearing set _____


*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied

AUSA Witnesses:_____  Defendant Witnesses: _____

AUSA Exhibits:_____  Defendant Exhibits:_____


*Arraignment on [] Indictment or [] Information:*

Defendant waives reading of: [ ] Indict     [ ] Info  [ ] Indict Read   [ ] Info Read

Defendant pleads:  [ ] GUILTY  [ ] NOT GUILTY

[ ] Case referred to Probation Department for Presentence Report

[ ] Sentencing set for _____

[ ] Case to proceed before Judge _____


*Removal Hearing (Rule 40):*

[ ] Defendant waives Identity Hearing.

[ ] Commitment to Another District Ordered (Rule 40).

[ ] Removed to _____

[ ] Probable Cause Found

[ ] Statement of Agent _____


Remarks:

2005 DEC -5  PM 1:47
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI
JAMES