AO 442  (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN            District of            OHIO

UNITED STATES OF AMERICA

V.

Julie Anne Italiano

**WARRANT FOR ARREST**

Case Number: 1:02cr120

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **Julie Anne Italiano**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

violation of conditions of supervised release.

SEE ATTACHED

in violation of Title _____ United States Code, Section(s) _____

James Bonini
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

11/16/05 at Cincinnati, Ohio
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Butler Co. Jail, Hamilton, Ohio

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/16/05 | Joel J. Kimmet | [Signature], DUSM |
| DATE OF ARREST 12/1/05 | Deputy U.S. Marshal | |