AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

United States of America

Case Number:   1:02cr140

V.

Julie Anne Italiano                                    Senior District Judge Herman J. Weber

### NOTICE

**TAKE NOTICE** that Sentencing on supervised release violation in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 801 |
| | DATE AND TIME |
| | December 15, 2005 at 10:00 A.M. |

JAMES BONINI, CLERK

___s/William Miller_____
William Miller
Case Manager
(513) 564-7630

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.