UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CRIMINAL MINUTES - REVOCATION HEARING**

UNITED STATES OF AMERICA
        -vs-                                CASE NO. CR-1-02-120
**JULIE ANNE ITALIANO**

---------------------------------------------------------------------------------------------------------------------

COUNSEL PRESENT:
ASSISTANT UNITED STATES ATTORNEY: Jeb Terrien
DEFENSE: C. Ransom Hudson

---------------------------------------------------------------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk : Amy Thomas

Court Reporter Julie A. Wolfer (Official)

Courtroom Deputy Darlene Maury

Probation Officer: Mark Grawe

DATE: Thursday, December 15, 2005
TIME: 10:15 a.m. - 11:00

**DOCKET ENTRY:**

Case called before J. Weber for a SUPERVISED RELEASE REVOCATION HEARING.  Defendant present with counsel.  Defendant executes waiver of preliminary hearing for Amended Petitions.

Defendant admits violation.  The Court finds that defendant has violated his Conditions of Supervised Release.

Court **ORDERS** that defendant's Supervised Release is **REVOKED** and the defendant is **COMMITTED TO THE BUREAU OF PRISONS FOR A PERIOD OF 9 MONTHS** .  Upon release, defendant to serve a period of one (1) year supervised release.  Defendant **REMANDED** to custody of the U.S. Marshal.

Defendant advised of right to appeal.