PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
## Report on Offender Under Supervision

Name of Offender: **Julie Anne Italiano**     Case Number: **1:02CR00120**

Name of Sentencing Judicial Officer:   **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **February 4, 2002**

Original Offense: **Conspiracy to Possess with Intent to Distribute Cocaine**

Original Sentence: **366 day(s) prison, 36 month(s) supervised release. On December 12, 2005, the defendant's supervised release was revoked and she was sentenced to 9 months prison and one year supervised release.**

Type of Supervision: **Term Of Supervised Release**   Date Supervision Commenced: **November 6, 2006**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Condition #7: You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. |
| | **On December 5, 2006, the defendant submitted a urine specimen positive for cocaine to her Butler County probation officer. On December 26, 2006, the defendant reported to her Butler County probation officer and admitted she had been using cocaine base over the past weekend. As a result of her use, her Butler County probation officer arrested her and will detain her until she can be assessed by the MonDay Correctional Treatment Program.** |

U.S. Probation Officer Action: The court will be advised once the defendant's Butler County probation violation is resolved.

Respectfully submitted,                                Approved,

by  *Melissa A. Mutter*                      by  *Marc R. /Hamm for/*

**Melissa Mutter**                                     **John Cole**
U. S. Probation Officer                         Supervising U. S. Probation Officer
Date:     **December 27, 2006**           Date:     **December 27, 2006**

[✓]   I concur with the recommendation of the Probation Officer
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons

Signature of Judicial Officer

12/27/06
Date