PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
## Report on Offender Under Supervision

Name of Offender: **Julie Anne Italiano**                              Case Number: **1:02CR00120**

Name of Sentencing Judicial Officer:   **The Honorable Herman J. Weber**
                                        **United States Senior District Judge**

Date of Original Sentence: **February 4, 2002**

Original Offense: **Cocaine**

Original Sentence:  **366 day(s) prison,  36 month(s) supervised release. On December 15, 2005, Italiano's supervised release was revoked, and she was sentenced to nine months BOP, and a one year term of supervised release.**

Type of Supervision: **Term Of Supervised Release**     Date Supervision Commenced: **November 6, 2006**

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Condition #7: You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.<br>On December 5, 2006 Italiano submitted a urine specimen to her Butler County probation officer that was positive for cocaine. On December 26, 2006, Italiano reported to her Butler County probation officer and admitted that she had been using cocaine base over the previous weekend. On January 25, 2007, Italiano was charged with a probation violation, and ordered to serve six months in the River City Correctional Center Treatment Program. |

U.S. Probation Officer Action: **Italiano is currently in the River City program, her term of supervised release will resume once she is released from the River City program. It is respectfully recommended that no further action be taken against Italiano.**

Respectfully submitted,                              Approved,

by *Melissa Mutter*                                  by *John Cole*

**Melissa Mutter**                                   **John Cole**
U. S. Probation Officer                              Supervising U. S. Probation Officer
Date:   **April 11, 2007**                           Date:   **April 11, 2007**

---

[✓]   I concur with the recommendation of the Probation Officer
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons

Signature of Judicial Officer

4/12/07
Date