IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:02CR120 |
| vs. | : | |
| | : | District Judge Susan J. Dlott |
| JULIE ANNE ITALIANO | : | |
| | : | |
| Defendant(s) | : | |

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the docket of The Honorable Herman J. Weber.

IT IS SO ORDERED.

_____
Susan J. Dlott
United States District Judge


_____
Herman J. Weber
United States District Judge