# United States District Court

__Southern__ DISTRICT OF __Ohio (Western Division)__

UNITED STATES OF AMERICA

V.

__Julie Anne Italiano__

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: __1:02cr120__

I, __Julie Anne Italiano__, charged in a (complaint) (petition) pending in this District with __Supervised Release Violation__ in violation of Title __18__, U.S.C., __3583__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

__3-17-08__
Date

_____
C. Ransom Hudson
Counsel for Defendant