UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v                                                    CR-1-02-120

JULIE ITALIANO

    Defendant

## ORDER

**Parties are advised that the above styled case is SCHEDULED for a Revocation Hearing on Thursday, April 10, 2008 at 10:00 a.m.**

**IT IS SO ORDERED.**

                                                       S/Herman J. Weber
                                                 _____
                                                 Judge Herman J. Weber
                                                 United States District Court