UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

### CRIMINAL MINUTES - SUPERVISED RELEASE REVOCATION HEARING

UNITED STATES OF AMERICA
        -vs-                                 CASE NO. CR-1-02-120
**JULIE ANNE ITALIANO**
-------------------------------------------------------------------------------------------------------
COUNSEL PRESENT:

ASSISTANT UNITED STATES ATTORNEY: Karl Kadon
DEFENSE: Ransom Hudson
-------------------------------------------------------------------------------------------------------
Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Amy Thomas

Court Reporter M. Maffia (Official)

Courtroom Deputy Darlene Maury

Probation Officer Mark Grawe

DATE: Thursday, April 10, 2008
TIME: 10:00 a.m. - 10:45 a.m.

**DOCKET ENTRY:**

Case called before J. Weber for a SUPERVISED RELEASE REVOCATION HEARING.  Defendant present with counsel.

Defendant admits violations.  The Court finds that defendant has violated her Conditions of Supervised Release.

Court **ORDERS** that defendant's Supervised Release is **REVOKED** and the defendant is **COMMITTED TO THE BUREAU OF PRISONS FOR A PERIOD OF TWELVE (12) MONTHS** and **ONE (1).**

Defendant advised of right to appeal.

Judgment Order to issue.  Defendant **REMANDED** to custody of the U.S. Marshal.